Floyd CALLOWAY, Appellant

v.

**DEPARTMENT OF CORRECTIONS,**
Appellee.

Supreme Court of Pennsylvania.

April 1, 2004.

## ORDER

PER CURIAM:

AND NOW, this 1st day of April, 2004, probable jurisdiction is noted and the order appealed is affirmed.